PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:23CR00042

DOCKET NUMBER *(Rec. Court)*
2:26-cr-00179-APG-EJY-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Calvin Leroy Moore<br>27 North 28th Street<br>Las Vegas, Nevada 89101 | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE: Jill N Parrish | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 6/8/2026 — TO 6/7/2029 |

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
AUG 21 2026
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

OFFENSE
Felon in Possession of Firearms and Ammunition

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Communal ties, employment, and familiar ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ______ DISTRICT OF Utah

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/18/2026
*Date*

Jill N. Parrish
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ______ DISTRICT OF Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 24, 2026
*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Calvin Leroy Moore

Case No.: To be assigned

**REQUEST FOR ACCEPTANCE OF JURISDICTION**

August 19, 2026

TO: UNITED STATES DISTRICT JUDGE

On January 26, 2024, Mr. Moore was sentenced in the District of Utah to forty-six (46) Months imprisonment, to be served concurrently with any time yet to be served with parole violations in Utah Third District Court in Case No. 031900879, followed by three years of supervised release for committing the offense of Felon in Possession of Firearms & Ammunition. Supervision commenced on June 8, 2026, in the District of Nevada.

Mr. Moore intends to remain in Nevada for the foreseeable future. To address any future matters that may require the Court's attention in an expeditious manner and for judicial economy, the undersigned officer is requesting that jurisdiction be accepted by the District of Nevada. As witnessed by the signature on the attached Probation 22 form (Transfer of Jurisdiction), the Honorable Judge Jill N. Parrish agreed to relinquish jurisdiction of the case. Should you have any questions regarding this matter, please contact the undersigned at Amanda_stevens@nvp.uscourts.gov.

Respectfully submitted,

Amanda Stevens
2026.08.19
14:47:41 -07'00'

Amanda Stevens
United States Probation Officer

Approved:

Tawni Lea Salem FOR
Digitally signed by Tawni Salem
Date: 2026.08.19 12:12:17
-07'00'

Donnette Johnson
Supervisory United States Probation Officer